# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| DINA CAPITANI <br> *Plaintiff* <br> v. <br> WORLD OF MINIATURE BEARS. INC., et al. <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. **03-19-0120** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* World of Miniature Bears. Inc., individually,
and d/b/a MiniBearGems and/or Mini Bear Gems
c/o Registered Agent, Theresa Yang
7356 NW 34th Street
Miami, FL, 33122

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Autumn L. Gentry
Dickinson Wright PLLC
424 Church Street Suite 800
Nashville, TN 37219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: FEB 0 7 2019

*JM*
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | | |
|---|---|---|
| DINA CAPITANI | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. **03-19-0120** |
| WORLD OF MINIATURE BEARS. INC., et al. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Minibears Gems & Gifts, Inc., individually,
and d/b/a MiniBearGems and/or Mini Bear Gems
c/o Registered Agent, Theresa Yang
8431 S.W. 27 Lane
Miami, FL 33155


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Autumn L. Gentry
Dickinson Wright PLLC
424 Church Street Suite 800
Nashville, TN 37219


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date: FEB 0 7 2019

JM

*Signature of Clerk or Deputy Clerk*