IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DINA CAPITANI, | ) |
|     Plaintiff/Counter-Defendant, | ) ) ) |
| v. | ) ) Case No. 3:19–cv–00120 |
| WORLD OF MINIATURE BEARS. INC., individually, and d/b/a MINIBEARGEMS, and MINI BEAR GEMS, and MINIBEARSGEMS & GIFTS, INC., individually, and d/b/a MINIBEARGEMS and MINI BEAR GEMS, | ) ) **JURY DEMAND** ) ) ) ) ) |
|     Defendants/Counter-Plaintiffs. | ) |

---

## MOTION TO SUBSTITUTE COUNSEL
---

Plaintiff/Counter-Defendant Dina Capitani ("Plaintiff"), pursuant to Local Rule 83.01(h), moves the Court for an Order allowing Plaintiff to substitute one of her attorneys from Michael Deel at the law firm of Dickinson Wright PLLC to:

> Joshua L. Burgener #29077
> Dickinson Wright PLLC
> 424 Church Street, Suite 800
> Nashville, TN 37219
> Telephone: (615) 244-6538
> Facsimile: (844) 670-6009
> jburgener@dickinsonwright.com

In support of her motion, Plaintiff states that Michael Deel left the law firm of Dickinson Wright to accept a judicial clerkship. Plaintiff further states that no party will suffer any prejudice as a result of the substitution of counsel. A proper notice of appearance is filed contemporaneously herewith.

Respectfully submitted by:

DICKINSON WRIGHT PLLC

*/s/ Joshua L. Burgener*
Autumn L. Gentry #20766
Joshua L. Burgener #29077
424 Church Street, Suite 800
Nashville, Tennessee 37219
Phone: (615) 244–6538
Fax: (844) 670–6009
agentry@dickinsonwright.com
jburgener@dickinsonwright.com

*Attorneys for Plaintiff/Counter-Defendant Dina Capitani*

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2019, a true and exact copy of the foregoing has been served on the following via the Court's e-filing system:

John A. Beam, III
Desireé J.C. Goff
EQUITUS LAW ALLIANCE PLLC
709 Taylor Street
P.O. Box 280240
Nashville, TN 37228
beam@equituslaw.com
goff@equituslaw.com

*/s/ Joshua L. Burgener*
Joshua L. Burgener

NASHVILLE 99997-70408 714739v1