UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DINA CAPITANI, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   NO. 3:19-cv-00120 |
| | ) |
| WORLD OF MINIATURE BEARS, | ) |
| INC., et al., | ) |
| | ) |
|     Defendants. | ) |

## ORDER

Defendant, World of Miniature Bears, Inc.'s, Motion to Modify Case Management Order to allow World of Miniature Bears, Inc., to Exceed Page Limit in Reply Memorandum to Plaintiff's Response to World of Miniature Bears, Inc.'s Motion for Summary Judgment (Doc. No. 38) from 5 pages to 10 pages is **GRANTED.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

1