UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DEINA CAPITANI, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   NO. 3:19-cv-00120 |
| | ) |
| WORLD OF MINIATURE BEARS, INC., et al., | ) |
| | ) |
|     Defendants. | ) |

## ORDER

The Court held a telephonic status conference with the parties' counsel on April 20, 2020. For the reasons discussed at that conference, the parties are ordered to engage in another attempt to resolve this case. By 12:00 p.m. on **April 24, 2020**, the parties shall confer and file a joint notice setting forth: (1) their agreed mediator; and (2) the date or dates of the mediation. Both counsel and the parties shall attend the mediation. If the parties cannot agree on a mediator within the time allotted, the Court will select a mediator for them.

    IT IS SO ORDERED.

                                                                             WAVERLY D. CRENSHAW, JR.
                                                                             CHIEF UNITED STATES DISTRICT JUDGE