UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DINA CAPITANI ) | |
| ) | |
|    Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 3:19-cv-00120 |
| ) | |
| WORLD OF MINIATURE BEARS, INC., ) | |
| individually, and d/b/a MINIBEARGEMS, ) | |
| and MINI BEAR GEMS, and ) | |
| MINIBEARSGEMS & GIFTS, INC., ) | |
| individually, and d/b/a MINIBEARGEMS ) | |
| and MINI BEAR GEMS ) | |
| ) | |
|    Defendants. ) | |

## MOTION TO NON-SUIT COUNTERCLAIM BY DEFENDANTS

COMES NOW the Defendants, World of Miniature Bears, Inc. and MiniBears Gems & Gifts, Inc., by and through counsel, pursuant to Fed. R. Civ. P. Rule 41, and hereby requests the Court grant their motion to nonsuit the counterclaim against Plaintiff, without prejudice. In support of this request, Defendants seek to narrow the issues before the Court at trial. A memorandum in support of this request is attached.

Respectfully submitted,

 /s/ Desireé J.C. Goff
John A. Beam, III (# 11796)
Desireé J.C. Goff (#31136)
709 Taylor Street
P.O. Box 280240
Nashville, TN 37228
Telephone: 615-251-3131

1

Facsimile: 615-252-6404
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2020, I electronically filed the Motion to Nonsuit Defendants Counterclaim with the Clerk of this Court using the CM/ECF system which will automatically send email notification of such filing to the following parties who are CM/ECF participants:

Autumn L. Gentry, Esq.
Dickinson Wright, PLLC
424 Church Street, Suite 800
Nashville, Tennessee 37219
Attorney for Plaintiff Capitani

            /s/ Desireé Goff
            Desireé Goff