UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DINA CAPITANI, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   NO. 3:19-cv-00120 |
| | ) |
| WORLD OF MINIATURE BEARS, INC., et al., | ) |
| | ) |
|     Defendants. | ) |

## ORDER

Defendants' unopposed Motion to Non-suit Counterclaim (Doc. No. 75) under Federal Rule of Civil Procedure 41 is **GRANTED**. Defendants' counterclaim against Plaintiff for a "declaratory judgment regarding violation of due process clause" (Doc. No. 21) is hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE