UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DINA CAPITANI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:19-cv-00120 |
| | ) |
| WORLD OF MINIATURE BEARS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The parties have filed a Joint Notice Withdrawing Jury Demands (Doc. No. 74). Accordingly, this matter is reset as a bench trial to begin on September 1, 2020 in Courtroom A859, United States Courthouse, 801 Broadway, Nashville, TN.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE