UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DINA CAPITANI )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>WORLD OF MINIATURE BEARS, INC., )<br>individually, and d/b/a MINIBEARGEMS, )<br>and MINI BEAR GEMS, and )<br>MINIBEARSGEMS & GIFTS, INC., )<br>individually, and d/b/a MINIBEARGEMS )<br>and MINI BEAR GEMS )<br>)<br>    Defendants. ) | Civil Action No. 3:19-cv-00120 |

## NOTICE OF WITNESS APPEARANCE BY DEFENDANTS

COMES NOW the Defendants, World of Miniature Bears, Inc. and MiniBears Gems & Gifts, Inc., by and through counsel, and hereby notifies the court that Ms. Theresa Yang will be present in person to be called as a witness for the trial set in this matter on September 1, 2020.

                                            Respectfully submitted,

                                            /s/ Desireé J.C. Goff
                                            John A. Beam, III (# 11796)
                                            Desireé J.C. Goff (#31136)
                                            709 Taylor Street
                                            P.O. Box 280240
                                            Nashville, TN 37228
                                            Telephone: 615-251-3131
                                            Facsimile: 615-252-6404
                                            Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2020, I electronically filed the Notice of Witness Appearance with the Clerk of this Court using the CM/ECF system which will automatically send email notification of such filing to the following parties who are CM/ECF participants:

Autumn L. Gentry, Esq.
Dickinson Wright, PLLC
424 Church Street, Suite 800
Nashville, Tennessee 37219
Attorney for Plaintiff Capitani

                                                /s/ Desireé Goff
                                                Desireé Goff