# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

DINA CAPITANI
V.
WORLD OF MINIATURE BEARS, INC., et al.

**EXHIBIT AND WITNESS LIST**

Case Number: 3:19-cv-00120

| PRESIDING JUDGE<br>Waverly D. Crenshaw, Jr. | | | PLAINTIFF'S ATTORNEY<br>Autumn Gentry | | DEFENDANT'S ATTORNEY<br>John Beam/Desiree Goff |
|---|---|---|---|---|---|
| TRIAL DATE (S)<br>Bench Trial September 1- | | | COURT REPORTER<br>Lise Matthews | | COURTROOM DEPUTY<br>Kelly Parise |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| JT 3 | JT 3 | 9/1/2020 | | X | Dog Wall Clock (Stipulated) |
| X | | 9/1/2020 | | | WIT: Dina Rae Capitani |
| JT 1 | JT 1 | 9/1/2020 | X | X | Doggie Doodles by Dina Copyright Registration (Stipulated) |
| JT 2 | JT 2 | 9/1/2020 | X | X | Docket Sheet and documents from Dina Capitani v. Geoffrey Roebuck and Cathy Roebuck, Middle District of Tennessee, Case No. 3:16-cv-00740 (Stipulated) |
| 2 | | 9/1/2020 | X | X | Capitani-Roebuck Licensing Agreement for Doggie Doodles |
| 3 | | 9/1/2020 | X | X | Amendment to Capitani-Roebuck Licensing Agreement |
| 4 | | 9/1/2020 | X | X | September 27, 2011 email Re: Amendment#1 Agreement (Doc. 1-10) |
| 5 | | 9/1/2020 | X | X | Moving Tail Wall Clocks (Capitani Dep., Late-filed Ex. 15) |
| 6 | | 9/1/2020 | X | X | Letter to Geoffrey and Cathy Roebuck, dated April 21, 2014 (Capitani Dep. Ex 19) |
| 8 | | 9/1/2020 | X | X | Plaintiff's handwritten note dated August 18, 2014 (Capitani Dep. Ex 20) |
| 9 | | 9/1/2020 | X | X | Purchase Order from Glass Illusions Pty Limited, Australia, dated November 16, 2013 (Doc. 68-6) |
| 7 | | 9/1/2020 | X | X | Cease and desist letter to Geoffrey and Cathy Roebuck, dated May 26, 2015 |
| 10 | | 9/1/2020 | X | X | Printouts from www.amazon.com of wall clocks bearing images of Doggie Doodles, dated July 5, 2018 (Doc. 1-14) |
| 14 | | 9/1/2020 | X | X | Bill of Lading to Mini Bear Gems & Gifts (MBGG000001) |
| 15 | | 9/1/2020 | X | X | Invoice to Minibears Gems & Gifts (MBGG000002) |
| 11 | | 9/1/2020 | X | X | Printouts from www.minibear.gems of wall clocks bearing images of Doggie Doodles (Doc. 1-13) |
| 11a | | 9/1/2020 | X | X | Printouts from www.minibear.gems of wall clocks bearing images of Doggie Doodles, dated January 29, 2019 |
| 12 | | 9/1/2020 | X | X | Printout from www.picclick.com of wall clocks bearing image of Doggie Doodles, dated January 31, 2019 (Doc. 1-15) |
| 13 | | 9/1/2020 | X | X | Printout from www.ebay.com of wall clocks bearing image of Doggie Doodles (Doc. 1-16) |
| 13a | | 9/1/2020 | X | X | Printout from www.ebay.com of wall clocks bearing image of Doggie Doodles, dated January 31, 2019 |
| 18 | | 9/1/2020 | X | | Defendants' sales documents (Invoices)– Beagle (MBGG000264) (Admitted on Page 2) |
| | 3 | 9/1/2020 | X | X | E-mails between D. Capitani and G. Roebuck |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | DINA CAPITANI | | vs. | WORLD OF MINIATURE BEARS, INC., et al. | CASE NO. 3:19-cv-00120 |
|---|---|---|---|---|---|
| **PLF. NO.** | **DEF. NO.** | **DATE OFFERED** | **MARKED** | **ADMITTED** | **DESCRIPTION OF EXHIBITS AND WITNESSES** |
| | 17 | 9/1/2020 | X | X | 6/4/2015 Blog – Doggie Doodles by Dina Artwork Has Been Kidnapped! |
| | 18 | 9/1/2020 | X | X | Grab your Exhale Summit T-Shirt (8/4/2020, 9:45 PM) |
| | 6 | 9/1/2020 | X | X | Plaintiff's Responses to Defendant World of Miniature Bears, Inc.'s First Set of Interrogatories |
| | 7 | 9/1/2020 | X | X | Moving Tail Wall Clock Images (Capitani Dep. Ex 15 and 16) |
| | 19 | 9/1/2020 | X | X | April 15, 2013 message through LinkedIn from Dina Capitani to Theresa Yang |
| | 20 | 9/1/2020 | X | X | Dogs by Nina Moving Tail Wall Clocks |
| | 16 | 9/1/2020 | X | X | Amazon.com Wagging Tail Dog Clocks (Doc. 19-2) (Admitted on page 3) |
| X | X | 9/1/2020-9/2/2020 | | | WIT: Christopher Nimeth |
| 37 | | 9/1/2020 | X | X | Printout from www.amazon.com of wall clocks bearing images of Doggie Doodles, dated July 5, 2018 (Nimeth Dep. Ex. 9) |
| 38 | | 9/1/2020 | X | X | Printout from www.amazon.com of wall clocks bearing images of Doggie Doodles, dated July 5, 2018 (Nimeth Dep. Ex. 10) |
| 18 | | 9/1/2020 | X | X | Defendants' sales documents – Beagle (MBGG000264 – MBGG000237) |
| 19 | | 9/1/2020 | X | X | Defendants' sales documents – Border Collie (MBGG000294 – MBGG000261) |
| 20 | | 9/1/2020 | X | X | Defendants' sales documents – Cavalier King Charles Spaniel (MBGG000236) |
| 21 | | 9/1/2020 | X | X | Defendants' sales documents – Chihuahua (MBGG000249) |
| 22 | | 9/1/2020 | X | X | Defendants' sales documents – Cocker Spaniel (MBGG000241-MBGG000260) |
| 23 | | 9/1/2020 | X | X | Defendants' sales documents – Springer Spaniel (MBGG000269-MBGG000244) |
| 24 | | 9/1/2020 | X | X | Defendants' sales documents – French Bulldog (MBGG000263-MBGG000285) |
| 25 | | 9/1/2020 | X | X | Defendants' sales documents – German Shepherd (MBGG000257-MBGG000233) |
| 26 | | 9/1/2020 | X | X | Defendants' sales documents – Golden Retriever (MBGG000298-MBGG000223) |
| 27 | | 9/1/2020 | X | X | Defendants' sales documents –Jack Russell (MBGG000277-MBGG000292) |
| 28 | | 9/1/2020 | X | X | Defendants' sales documents – Labrador Black (MBGG000266-MBGG000226) |
| 29 | | 9/1/2020 | X | X | Defendants' sales documents – Chocolate Labrador (MBGG000262-MBGG000243) |
| 30 | | 9/1/2020 | X | X | Defendants' sales documents – Yellow Labrador (MBGG000227-MBGG000225) |
| 31 | | 9/1/2020 | X | X | Defendants' sales documents – Rottweiler (MBGG000259-MBGG000234) |
| 32 | | 9/1/2020 | X | X | Defendants' sales documents – Schnauzer (MBGG000287-MBGG000256) |
| 33 | | 9/1/2020 | X | X | Defendants' sales documents – Sheltie (MBGG000247-MBGG000224) |
| 34 | | 9/1/2020 | X | X | Defendants' sales documents – Yorkie (MBGG000283-MBGG000284) |

AO 187A (Rev. 7/87)     **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | DINA CAPITANI | vs. | WORLD OF MINIATURE BEARS, INC., et al. | CASE NO. 3:19-cv-00120 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 35 | | 9/1/2020 | X | X | Defendants' sales documents – Lhasa Apso (MBGG000251-MBGG000239) |
| 36 | | 9/1/2020 | X | X | Defendants' sales documents – Siberian Husky (MBGG000270-MBGG000238) |
| 16 | | 9/1/2020 | X | X | Invoice to Minibears Gems and Gifts (MBGG00027) |
| 39 | | 9/1/2020 | X | X | Printout from www.minibear.com, dated 12/16/2019 (Nimeth, Ex. 11) |
| | 8 | 9/2/2020 | X | X | Emails on shipping (MBGG000006-MBGG000013) |
| | 10 | 9/2/2020 | X | X | Bill of Lading and Invoice (MBGG000001) |
| | 11 | 9/2/2020 | X | X | Shipments to Geoffrey Roebuck (MBGG000017-MBGG000026) |
| | 12 | 9/2/2020 | X | X | Shipments to Stores (Invoices) (MBGG000046-MBGG000049) |
| | 9 | 9/2/2020 | X | X | Dog Shipments (MBGG000028) |
| | 15 | 9/2/2020 | X | X | Screenshots of World of Miniature Bears, Inc. Website |
| | X | 9/2/2020 | | | WIT: Teresa Yang |
| | 14 | 9/2/2020 | X | X | Article about World of Miniature Bears, Inc./Screenshot of World of Miniature Bears online |
| | 23 | 9/2/2020 | X | X | Miniature Bear |
| | 16 | 9/2/2020 | X | X | Amazon.com Wagging Tail Dog Clocks (Doc. 19-2) |
| 40 | | 9/2/2020 | X | X | Courtroom Minutes 1:97-cv-00370-SM |