UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DINA CAPITANI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:19-cv-00120 |
| | ) |
| WORLD OF MINIATURE BEARS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Based on the evidence presented during the September 1 and 2, 2020 bench trial, the Court rules on Defendants' motions *in limine* as follows:

- Defendants' Motion *in Limine* to Exclude Evidence of Business Loss Damages Undisclosed in Discovery (Doc. No. 77) is **DENIED** as moot.

- Defendants' Motion *in Limine* to Exclude Evidence of Judgment Against Geoffrey and Cathy Roebuck (Doc. No. 79) is **DENIED** because the Court took judicial notice of the October 27, 2017 Order and Judgment entered in <u>Capitani v. Roebuck et al.</u>, No. 3:16-cv-740 (M.D. Tenn.), Doc. Nos. 33, 34.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE