UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DINA CAPITANI | ) |
| | ) |
|    Plaintiff | ) |
| | ) |
| v. | )   Civil Action No. 3:19-cv-00120 |
| | ) |
| WORLD OF MINIATURE BEARS, INC., | ) |
| individually, and d/b/a MINIBEARGEMS, | ) |
| and MINI BEAR GEMS, and | ) |
| MINIBEARSGEMS & GIFTS, INC., | ) |
| individually, and d/b/a MINIBEARGEMS | ) |
| and MINI BEAR GEMS | ) |
| | ) |
|    Defendants. | ) |

**NOTICE OF FILING SUPPLEMENTAL JOINT STIPULATED TRIAL EXHIBIT**

COMES NOW the Defendants, World of Miniature Bears, Inc. and MiniBears Gems & Gifts, Inc., by and through counsel, and hereby submits a notice of filing the following joint stipulated trial exhibit:

Joint Stipulated Exhibit No. 2: Case 3:16-cv-00740; PageID# 69 - PageID #98. The Court took judicial notice of Case No. 3:16-cv-00740 at the pretrial conference on August 28, 2020. In Plaintiff's Trial Exhibit binder, the Joint Stipulated exhibits are missing PageID#69 - PageID#98. Defendants hereby submit the missing pages which are part of the record in this matter as Joint Stipulated Exhibit No. 2. Defendants respectfully request these be included in the trial exhibit record.

Respectfully submitted,

1

/s/ Desireé J.C. Goff
John A. Beam, III (# 11796)
Desireé J.C. Goff (#31136)
709 Taylor Street
P.O. Box 280240
Nashville, TN 37228
Telephone: 615-251-3131
Facsimile: 615-252-6404
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2020, I electronically filed the Notice of Filing Joint Stipulated Trial Exhibit with the Clerk of this Court using the CM/ECF system which will automatically send email notification of such filing to the following parties who are CM/ECF participants:

Autumn L. Gentry, Esq.
Dickinson Wright, PLLC
424 Church Street, Suite 800
Nashville, Tennessee 37219
Attorney for Plaintiff Capitani

    /s/ Desireé Goff
Desireé Goff