IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DINA CAPITANI, | ) |
| | ) |
| Plaintiff, | ) Case No. 3:16-0740 |
| | ) |
| v. | ) Judge Crenshaw/Newbern |
| | ) |
| GEOFFREY ROEBUCK and | ) |
| CATHY ROEBUCK, | ) **JURY DEMAND** |
| | ) |
| Defendants. | ) |

## MEMORANDUM OF LAW AND FACTS IN SUPPORT OF
## PLAINTIFF'S MOTION TO AUTHORIZE SERVICE ON DEFENDANTS BY EMAIL
## PURSUANT TO FED. R. CIV. P. 4(f)(3)

Plaintiff Dina Capitani submits this memorandum of law and facts in support of her

Motion to Authorize Service on Defendants by Email Pursuant to Fed. R. Civ. P. 4(f)(3) as

follows:

### I.    INTRODUCTION

On April 14, 2016, Plaintiff filed this action for injunctive relief and damages against

Defendants for copyright infringement and breach of contract after 1) Defendants failed to pay

Plaintiff after licensing her copyrighted works, and 2) Defendants illegally continued and still

continue to use, reproduce, distribute, promote, and offer for sale Plaintiff's copyrighted works

after the expiration of the Licensing Agreement. *See* Doc. 1. Although diligent in her efforts to

serve Defendants, Plaintiff has been unable to do so via certified mail and personal service. For

the reasons set forth herein, Plaintiff respectfully requests an Order, pursuant to Fed. R. Civ. P.

4(f)(3), permitting Plaintiff to serve Defendants with process and all subsequent pleadings, court

filings and discovery in this matter via email to the email address of geoffreyroebuck@yahoo.com. Absent the ability to serve Defendants by email, Plaintiff will almost certainly be left without the ability to pursue a remedy against them.

## II. STATEMENT OF FACTS

Plaintiff Dina Capitani is an artist who created and is, therefore, the author of original illustrations of dog breeds which are included in a volume of work titled "Doggie Doodles by Dina Volume II." *See* Doc. 1, ¶ 7. Plaintiff met Defendant Geoffrey Roebuck at a trade show in Atlanta, Georgia, in 2011, where he expressed his interest in Plaintiff's original dog illustrations. *See* **Exhibit 1**, Declaration of Dina Capitani ("Capitani Decl."), ¶ 3. Since that time, Plaintiff has always corresponded with Defendants in person, through Skype, or by email at geoffreyroebuck@yahoo.com.

Thereafter, Plaintiff entered into a Licensing Agreement (Doc. 1-2) with Defendants, wherein Plaintiff agreed to provide Defendants with fifty-four (54) of Plaintiffs' original drawings (the "Subject Works") for Defendants to use on their products for a term of three (3) years from August 1, 2011 until August 1, 2014. *See id.*, ¶¶ 5-6. Pursuant to the terms of the Licensing Agreement, Defendants agreed to pay Plaintiff, on a quarterly basis, royalties on the total price Defendants paid to the factory to produce product bearing Plaintiff's Subject Works, with a guaranteed minimum to Plaintiff of $25,000 per contract year for the duration of the three-year Licensing Agreement, for a minimum total of $75,000. *See id.* at ¶ 7. In addition, Defendants agreed to provide her quarterly written royalty reports and two samples of each product bearing Plaintiff's Subject Works at no cost. *See id.* at ¶ 8.

To date, Defendants have only paid Plaintiff approximately $900.00 of the $75,000 minimum amount due to Plaintiff. *See id.* at ¶ 9. As a result, Defendants have failed to pay

2

Plaintiff the monies that she is entitled to under the Licensing Agreement. *See id.* Defendants have also failed to provide Plaintiff any of the required quarterly royalty reports or the promised product samples. *See id.*

In addition, Defendants have improperly modified Plaintiff's Subject Works by removing her logo before placing Plaintiff's Subject Works on Defendants' products without Plaintiff's express written consent. *See id.* at ¶ 10. Despite Plaintiff's numerous requests for Defendants to perform their obligations under the Licensing Agreement, Defendants failed to do so. *See id.* at ¶ 11. As a result, Plaintiff terminated the Licensing Agreement on May 21, 2014, pursuant to ¶ 8.3 of the Licensing Agreement. *See id.* at ¶ 11.

Despite terminating the Licensing Agreement, Defendants have continued to use, reproduce, distribute, promote and offer for sale illegal and unauthorized copies of one or more of Plaintiff's Subject Works on Defendants' products beyond the termination of the Licensing Agreement. *See id.* at ¶ 12. For example, since Plaintiff terminated the Licensing Agreement, Plaintiff has discovered her Subject Works being sold on products online throughout the world through Amazon, Ebay, Alibaba, and Movitek Import's websites. Most recently, Plaintiff discovered that eighteen (18) of her Subject Works[1] are being sold on products (clocks with moving dog tails) on Amazon's website (www.amazon.com). *See* Capitani Decl., ¶ 13, Collective Exhibit A and Exhibit B. Printouts from Amazon's website show products bearing eighteen (18) of Plaintiff's Subject Works (copies of which appear in the record at Doc. 1-1), with the only difference being that Plaintiff's logo has been removed. *See id.* at ¶ 13 and

---

[1] The eighteen Subject Works include my illustrations of the following dog breeds: Yorkie, Golden Retriever, Border Collie, Yellow Labrador, Jack Russell, Chocolate Labrador, Westie, Staffordshire Bull Terrier, Springer Spaniel, Schnauzer, Lhasa Apso, Cocker Spaniel, French Bulldog, Rottweiler, Sheltie, German Shepherd, Bichon, and Beagle.

3

Collective Exhibit A. Amazon's website indicates that the seller and/or manufacturer of these eighteen (18) products is Passion for Pets. *See id.* Plaintiff also discovered that a moving dog tail clock, bearing Plaintiff's original Golden Retriever illustration (one of Plaintiff's Subject Works), is being sold on Movitek Import's website (http://movitek.cl). *See id.* at ¶ 13 and Exhibit B. Again, Plaintiff's logo has been removed. *See id.* Movitek Import's website indicates that the manufacturer of this product is Passion for Pets. *See id.*

Defendants use the name "Passion For Pets" to sell their products. *See* Capitani Decl., ¶ 14. Defendant Geoffrey Roebuck previously provided Plaintiff one of his business cards which bears the business name "Passion for Pets." *See id.* at ¶ 14 and Exhibit C. The business card indicates that Defendant Geoffrey Roebuck is the "Managing Director," and shows his address as 3348 El Suyo Dr., San Ramon, California, 94583, and his email address as geffreyroebuck@yahoo.com. *See id.*

Plaintiff has attempted to serve Defendants at the El Suyo Drive address in San Ramon, California, where it was believed that Defendants resided. *See* Capitani Decl., ¶ 15. However, Plaintiff was not been successful in doing so. *See id.* at ¶ 15. Plaintiff initially attempted to serve Defendants at the El Suyo Drive address via certified mail. *See* Doc. 8 and 9. However, the certified mailings were returned unclaimed on May 24, 2016. *See id.* As a result, Plaintiff filed the returned unexecuted Summonses on June 14, 2016. *See id.*

On June 21, 2016, Plaintiff had Alias Summonses issued so that Plaintiff could attempt to serve Defendants, through a private process server, at the El Suyo address in San Ramon, California. *See* Doc. 10 and 11. Although several attempts were made to serve Defendants at

4

this residence, which is believed to be owned by Defendant Geoffrey Roebuck's sister, Plaintiff was not successful in locating and/or serving Defendants.[2]

Thereafter, Plaintiff attempted to serve Defendants at another address in San Ramon, California, to where it was believed that Defendants may have moved. Although a private process server made numerous attempts to serve Defendants at this new location, Plaintiff was not successful in locating and/or serving Defendants.

In the meantime, Defendants unexpectedly emailed Plaintiff on July 28, 2016, from Defendants' email address, geffreyroebuck@yahoo.com, with the subject line "HOW WE CAN ONCE AGAIN WORK TOGETHER." Capitani Decl., ¶ 16. Therein, Defendants indicated that they wanted to offer Plaintiff another "deal" wherein Defendants would use Plaintiff's Subject Works to produce moving dog tail clocks and Christmas ornaments. *See id.* at ¶ 16 and Exhibit D. Defendants further told Plaintiff that people loved her clocks, most of which were sold by Defendants, including sales over the internet. *See id.* Lastly, Defendants attached four pictures of products bearing Plaintiff's Subject Works which Defendants wanted to sell. *See id.* at ¶ 16 and Collective Exhibit E. The first picture of Collective Exhibit E (attached to the Capitani Declaration) is a moving dog tail clock bearing Plaintiff's illustration of a Golden Retriever from her Subject Works. *See id.* This clock is identical to the Golden Retriever moving tail clocks already being sold on Amazon and Movitek Import's websites. *See id.*

Because Plaintiff had been unable to serve Defendants with the Complaint in this matter, Plaintiff responded to Defendants' July 28, 2016 email on August 10, 2016, and requested their

---

[2]  Plaintiff's counsel has mailed previous motions to Defendants at this same address, via first class U.S. Mail. However, these mailings have not been returned to Plaintiff's counsel.

address and phone number in the hopes that Plaintiff could finally serve Defendants. *See* Capitani Decl., ¶ 17 and Exhibit F.

On August 11, 2016, Plaintiff received another email from Defendants from the email address geffreyroebuck@yahoo.com. *See* Capitani Decl., ¶ 18 and Exhibit G. Despite Plaintiff's request, Defendants did not advise Plaintiff of Defendants' address or phone number. *See id.* Rather, Defendants advised Plaintiff that Defendants were "back [in] Shanghai China," but intended to return to the United States. *Id.* Defendants again conveyed that they wanted to continue using Plaintiff's Subject Works to produce the moving tail clocks, as well as, Christmas ornaments. *See id.*

When Plaintiff did not respond to Defendants' offer to continue using Plaintiff's Subject Works, Defendant Geoffrey Roebuck emailed Plaintiff again on August 17, 2016, from the email address geffreyroebuck@yahoo.com. *See* Capitani Decl., ¶ 19 and Exhibit H. Despite the fact that Plaintiff terminated the Licensing Agreement with Defendants and has not entered into any additional agreements with Defendants, Defendant Geoffrey Roebuck again asked if Plaintiff wanted to move forward with the clocks and ornaments lines as Defendants have "put so much money out for all the samples & shows to promote" Plaintiff's line. *See id.*

Since terminating the Licensing Agreement, Plaintiff has not given Defendants permission to use Plaintiffs Subject Works. *See id.* at ¶ 20. In addition, Plaintiff has not entered into new agreements, nor does she wish to enter into any new agreements, with Defendants. *See id.* Defendants, however, continue to use, reproduce, distribute, promote and offer for sale illegal and unauthorized copies of Plaintiff's Subject Works. *See id.*

6

## III.   LAW AND ARGUMENT

As stated above, Defendants claim that they are currently residing in Shanghai, China.

Federal Rule of Civil Procedure 4(f) provides the acceptable means of serving individuals in a

foreign country.  Specifically, Fed. R. Civ. P. 4(f) states as follows:

> Unless federal law provides otherwise, an individual--other than a minor, an incompetent person, or a person whose waiver has been filed--may be served at a place not within any judicial district of the United States:
>
> (1) by any internationally agreed means of service that is reasonably calculated to give notice, such as those authorized by the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents;
>
> (2) if there is no internationally agreed means, or if an international agreement allows but does not specify other means, by a method that is reasonably calculated to give notice:
>
>> (A) as prescribed by the foreign country's law for service in that country in an action in its courts of general jurisdiction;
>>
>> (B) as the foreign authority directs in response to a letter rogatory or letter of request; or
>>
>> (C) unless prohibited by the foreign country's law, by:
>>
>>> (i)  delivering a copy of the summons and of the complaint to the individual personally; or
>>>
>>> (ii)  using any form of mail that the clerk addresses and sends to the individual and that requires a signed receipt; or
>
> (3)  *by other means not prohibited by international agreement, as the court orders.*

Fed. R. Civ. P. 4(f) (emphasis added).  Therefore, pursuant to Fed. R. Civ. P. 4(f), "a party is

permitted to use an alternative means to effect service if: (1) the party obtains the permission of

the court, and (2) an international agreement does not otherwise prohibit the means of service

approved." *Chanel, Inc. v. Zhibing*, No. 2:09-cv-02835, 2010 WL 1009981, *3 (W.D. Tenn.

7

Mar. 17, 2010) (copy attached as **Exhibit 2**) (*citing* Fed.R.Civ.P. 4(f)(3); *Rio Props. v. Rio Int'l Interlink,* 284 F.3d 1007, 1014 (9th Cir. 2002)).

In the case at bar, there is no international agreement that prohibits email service. Both China and the United States have signed the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents, Nov. 15, 1965, 20 U.S.T. 361, 658 U.N.T. S. 163 ("Hague Convention"). *See* Status Table: Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, Hague Conference on Private International Law, available at https://www.hcch.net/en/instruments/conventions/status-table/?cid=17 (last visited Sept. 9, 2016) (listing the current contracting states); *see also Chanel, Inc. v. Zhibing,* 2010 WL 1009981 at *3. However, the Hague Convention does "not apply where the address of the person to be served with the document is not known." *Popular Enters., LLC v. Webcom Media Group, Inc.,* 225 F.R.D. 560, 562 n. 1 (E.D. Tenn. 2004) (*quoting* Hague Convention, Article 1).

Since Defendants advised Plaintiff that Defendants were currently residing in Shanghai, China, Plaintiff has attempted to obtain from Defendants their current address. *See* Capitani Decl., ¶ 17. However, Defendants have not been forthcoming with this information. *See id.* at ¶ 18. Therefore, the address of Defendants in Shanghai, China is not known. As a result, the Hague Convention does not apply. *See Popular Enters., LLC,* 225 F.R.D. at 562; *Chanel, Inc.,* 2010 WL 1009981 at *3.

Because the Hague Convention does not apply, this Court "has broad authority to determine an appropriate alternative method of service." *Chanel, Inc.,* 2010 WL 1009981 at *4. However, the court-approved method of service must meet the due process requirements of "notice reasonably calculated, under all circumstances, to apprise interested parties of the

8

pendency of the action and afford them an opportunity to present their objections." *Id. (quoting Mullane v. Cent. Hanover Bank & Trust Co.,* 339 U.S. 306, 314, 70 S.Ct. 652, 94 L.Ed. 865 (1950)).

Serving Defendants "by email not only meets constitutional standards, but also is the method of service most likely to reach" Defendants. *Chanel, Inc.*, 2010 WL 1009981 at *4. Plaintiff has already made numerous attempts to serve Defendants at two addresses in San Ramon, California, but has been unable to locate Defendants. Since that time Defendants have emailed Plaintiff multiple times from the email address geoffreyroebuck@yahoo.com, the same email address that Plaintiff used to correspond with Defendants since 2011. In addition, Defendants have advised Plaintiff that they are currently residing in Shanghai, China. However, although requested, Defendants failed to provide Plaintiff with their Shanghai, China address.

Under the facts and circumstances presented here, Fed. R. Civ. P. 4(f)(3) clearly authorizes the court to direct service upon Defendants by email. *See Popular Enters., LLC,* 225 F.R.D. at 562. In addition, Rule 4(f)(3) is:

> expressly designed to provide courts with broad flexibility in tailoring methods of service to meet the needs of particularly difficult cases. Such flexibility necessarily includes the utilization of modern communication technologies to effect service when warranted by the facts.

*Id.*

Email is the method of service most likely to reach Defendants and is, therefore, "reasonably calculated to apprize defendant of the pendency of this action and afford it an opportunity to respond." *Id.* at 563. Moreover, "when faced with an international e-business scofflaw, playing hide-and-seek with the federal court, e-mail may be the only means of effecting service of process." *Id. (quoting Rio,* 284 F.3d at 1018). Such is the case here.

9

## IV.    CONCLUSION

For the foregoing reasons, Plaintiff Dina Capitani respectfully requests this Court enter an Order permitting Plaintiff to serve the Summonses and Complaint, as well as, all subsequent pleadings and discovery upon Defendants by email to the email address of geoffreyroebuck@yahoo.com.

DICKINSON WRIGHT PLLC


By: /s/ Autumn L. Gentry
     Autumn L. Gentry, #20766
     R. Cameron Caldwell, #29084
     424 Church Street, Suite 1401
     Nashville, Tennessee   37219
     Phone:  (615) 244-6538
     Fax:  (615) 256-8386
     agentry@dickinsonwright.com
     ccaldwell@dickinsonwright.com

     Attorneys for Plaintiff Dina Capitani

10

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served, via email and United States Mail, first class, postage pre-paid, to the following:

Geoffrey Roebuck
Cathy Roebuck
3348 El Suyo Dr.
San Ramon, CA  94583-3032
geoffreyroebuck@yahoo.com

Geoffrey Roebuck
Cathy Roebuck
330 S Overlook Dr.
San Ramon, CA, 94582-4544

Dated:  September 9, 2016.

/s/ Autumn L. Gentry
Autumn L. Gentry

NASHVILLE 99997-1358 577369v1

11

# EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| DINA CAPITANI, | ) |
| | ) |
| Plaintiff, | ) Case No. 3:16-0740 |
| | ) |
| v. | ) Judge Crenshaw/Bryant |
| | ) |
| GEOFFREY ROEBUCK and | ) |
| CATHY ROEBUCK, | ) **JURY DEMAND** |
| | ) |
| Defendants. | ) |

## DECLARATION OF DINA CAPITANI

I, Dina Capitani, submit this Declaration in support of Plaintiff's Motion to Authorize Alternative Service Of Process On Defendants Pursuant To Fed. R. Civ. P. 4(f)(3):

1.     The factual statements set forth in this Declaration are true and are based on my personal knowledge.

2.     I am in the Plaintiff in this matter.

3.     I met Defendant Geoffrey Roebuck at a trade show in Atlanta, Georgia, in 2011, where he expressed his interest in my original illustrations of dog breeds.

4.     Since meeting Defendant Geoffrey Roebuck in 2011, I have always corresponded with Defendants either in person, through Skype, or by email at geoffreyroebuck@yahoo.com.

5.     On or about July 28, 2011, I entered into a Licensing Agreement (Doc. 1-2) with Defendants, wherein I agreed to provide Defendants with copies of twenty-nine (29) of my original illustrations for Defendants to use on their products for a term of three (3) years from August 1, 2011 until August 1, 2014.

6.     On or about September 27, 2011, the parties agreed to amend the Licensing Agreement to permit Defendants to license twenty-five (25) additional original illustrations, for a total of fifty-four (54) original drawings (the "Subject Works") from me to use on Defendants' products for the duration of the original Licensing Agreement.

7.     Pursuant to the terms of the Licensing Agreement, Defendants agreed to pay me a royalty of 5% of the total price Defendants paid to the factory to produce product bearing the Subject Works ("Gross Revenues"). *See* Doc. 1-2, ¶ 3.2. Defendants further agreed that such payments would be made on a quarterly basis. *See id.* at ¶ 3.3 and 3.4. However, notwithstanding the foregoing, Defendants guaranteed they would pay me a minimum of $25,000 per contract year for the duration of the three-year Licensing Agreement, which equals a total of $75,000. *See id.* at ¶ 3.6.

8.     Pursuant to the terms of the Licensing Agreement, Defendants agreed to provide me with written royalty reports on a quarterly basis, whether or not a royalty was due. *See id.* at ¶ 3.3. In addition, Defendants agreed to provide me two samples of each product bearing the Subject Works at no cost. *See id.* at ¶ 4.4.

9.     To date, Defendants have only paid me approximately $900.00. As a result, Defendants have failed to pay me the monies that I am entitled to under the Licensing Agreement. Defendants have also failed to provide me any of the required quarterly royalty reports. Lastly, Defendants have failed to provide me two samples of each product bearing the Subject Works.

10.     In addition, Defendants have improperly modified my Subject Works by removing my logo before placing the Subject Works on Defendants' products without my express written consent.

2

11. Despite my numerous requests for Defendants to perform their obligations under the Licensing Agreement, Defendants have failed to do so. As a result, I terminated the Licensing Agreement on May 21, 2014, pursuant to ¶ 8.3 of the Licensing Agreement.

12. Defendants have continued to use, reproduce, distribute, promote and offer for sale illegal and unauthorized copies of one or more of my Subject Works on Defendants' products beyond the termination of the Licensing Agreement.

13. For example, since the termination of my agreement with Defendants, I have discovered my Subject Works being sold on products online throughout the world through Amazon, Ebay, Alibaba, and Movitek Import's websites. I most recently discovered that eighteen (18) of my Subject Works[1] are being sold on products (clocks with moving dog tails) on Amazon's website (www.amazon.com). A true and correct copy of the printouts from Amazon's website bearing my Subject Works are attached as **Collective Exhibit A**. These printouts show products bearing eighteen (18) of my same Subject Works (copies of which appear in the record at Doc. 1-1), including my original Golden Retriever illustration, with the only difference being that my logo has been removed. Amazon's website indicates that the seller and/or manufacturer of these eighteen (18) products is Passion for Pets. I also discovered that a moving dog tail clock, bearing my original Golden Retriever illustration (one of my Subject Works), is being sold on Movitek Import's website (http://movitek.cl). Again, my logo has been removed. A true and correct copy of the printout from Movitek Import's website bearing my Golden Retriever illustration is attached as **Exhibit B**. Movitek Import's website indicates that the manufacturer of this product is Passion for Pets.

---

[1] The eighteen Subject Works include my illustrations of the following dog breeds: Yorkie, Golden Retriever, Border Collie, Yellow Labrador, Jack Russell, Chocolate Labrador, Westie, Staffordshire Bull Terrier, Springer Spaniel, Schnauzer, Lhasa Apso, Cocker Spaniel, French Bulldog, Rottweiler, Sheltie, German Shepherd, Bichon, and Beagle.

3

14.     I am aware that Defendants use the name "Passion For Pets" to sell their products. Defendant Geoffrey Roebuck previously gave me one of his business cards which bears the business name "Passion for Pets." A true and correct copy of this business card is attached as **Exhibit C**.   The business card indicates that Defendant Geoffrey Roebuck is the "Managing Director," and shows his address as 3348 El Suyo Dr., San Ramon, California, 94583, and his email address as geffreyroebuck@yahoo.com. *See id.*

15.     I have tried to serve Defendants at their 3348 El Suyo Dr., San Ramon, California address.  However, I have not been successful.

16.     On July 28, 2016, Defendants unexpectedly emailed me from Defendants' email address geffreyroebuck@yahoo.com with the subject line "HOW WE CAN ONCE AGAIN WORK TOGETHER."  A true and correct copy of Defendants' July 28, 2016 email to me is attached as **Exhibit D**.  Therein, Defendants indicated that they wanted to offer me a "deal" wherein Defendants would use my Subject Works to produce moving dog tail clocks and Christmas ornaments. *See id.*  Defendants further told me that people loved my clocks, most of which were sold by them, including sales over the internet. *See id.*  Lastly, Defendants attached four pictures of products with my Subject Works which they want to sell.  A true and correct copy of these four pictures is attached as **Collective Exhibit E**.  The first picture of Collective Exhibit E is a moving dog tail clock bearing my illustration of a Golden Retriever from my Subject Works.  This clock is identical to the Golden Retriever moving tail clocks already being sold on Amazon and Movitek Import's websites. *See* **Collective Exhibit A** and **Exhibit B**.

17.     Because I have been unable to serve Defendants with the Complaint in this matter, I responded to Defendants' July 28, 2016 email on August 10, 2016, and requested their

4

address and phone number in the hopes that I could finally serve Defendants. A true and correct copy of my August 10, 2016 email to Defendants is attached as **Exhibit F**.

18.     On August 11, 2016, I received another email from Defendants from the email address geffreyroebuck@yahoo.com. A true and correct copy of Defendants August 11, 2016 email to me is attached as **Exhibit G**. Defendants did not advise me of their address or phone number as requested. However, they did advise me that they were "back [in] Shanghai China," but intended to return to the United States. *Id.* Defendants again conveyed that they wanted to continue using my Subject Works to produce the moving tail clocks, as well as, Christmas ornaments. *See id.*

19.     When I did not respond to Defendants' offer to continue using my Subject Works, Defendant Geoffrey Roebuck emailed me again on August 17, 2016, from the email address geffreyroebuck@yahoo.com. A true and correct copy of Defendant Geoffrey Roebuck's August 17, 2016 email to me is attached as **Exhibit H**. Despite the fact that I terminated the Licensing Agreement and have not entered into any additional agreements with Defendants, Defendant Geoffrey Roebuck again asked if I wanted to move forward with the clocks and ornaments lines as Defendants have "put so much money out for all the samples & shows to promote" my line. *Id.*

20.     I have not given Defendants permission to use my Subject Works since terminating the Licensing Agreement. In addition, I have not entered into new agreements, nor do I wish to enter into any new agreements, with Defendants. Defendants, however, continue to use, reproduce, distribute, promote and offer for sale illegal and unauthorized copies of my Subject Works.

5

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __8th__ day of September, 2016.

DINA CAPITANI

NASHVILLE 99997-1358 577527v1

# COLLECTIVE
# EXHIBIT A

Passion For Pets ▾    wagging tail dog clock passion for pets

Departments ▾    Browsing History ▾   autumn's Amazon.com   Today's Deals   Gift Cards & Registry     Hello, autumn<br>Your Account ▾    Prime ▾    Lists ▾     **0**<br>Cart

1-16 of 17 results for Passion For Pets : "wagging tail dog clock passion for pets"        Sort by | Relevance ▾ |

**Show results for**
Home & Kitchen
   Wall Clocks

**Refine by**
Amazon Prime

Did you mean: "wagging tail dog clock fashion for pets"



### Wagging Tail Dog Wall Clock for Dog Lover Yorkie
by Passion For Pets

**$29.99**
Only 4 left in stock - order soon.

     1
**Product Features**
Handmade *Wagging Tail Dog* Wall Clock Yellow Labrador
Home & Kitchen: See all 17 items



### Wagging Tail Dog Wall Clock for Dog Lover Golden Retriever
by Passion For Pets

**$26.99**
Only 3 left in stock - order soon.

FREE Shipping on eligible orders
**Product Features**
Handmade *Wagging Tail Dog* Wall Clock Yellow Labrador
Home & Kitchen: See all 17 items



### Wagging Tail Dog Wall Clock for Dog Lover Border Collie
by Passion For Pets

**$29.99**
Only 1 left in stock - order soon
More Buying Choices
**$26.99** new (2 offers)

**Product Features**
Handmade *Wagging Tail Dog* Wall Clock Yellow Labrador
Home & Kitchen: See all 17 items



### Wagging Tail Dog Wall Clock for Dog Lover Yellow Labrador
by Passion For Pets

**$29.99**
Only 1 left in stock - order soon
More Buying Choices
**$26.99** new (2 offers)

**Product Features**
Handmade *Wagging Tail Dog* Wall Clock Yellow Labrador
Home & Kitchen: See all 17 items



### Wagging Tail Dog Wall Clock for Dog Lover Jack Russell
by Passion For Pets

**$26.99**
Only 3 left in stock - order soon
More Buying Choices
**$26.99** new (2 offers)

     2
FREE Shipping on eligible orders
**Product Features**
Handmade *Wagging Tail Dog* Wall Clock
Home & Kitchen: See all 17 items



### Wagging Tail Dog Wall Clock for Dog Lover Chocolate Labrador
by Passion For Pets

**$26.99**
Only 1 left in stock - order soon

     1
FREE Shipping on eligible orders
**Product Features**
Handmade *Wagging Tail Dog* Wall Clock Yellow Labrador
Home & Kitchen: See all 17 items



### Wagging Tail Dog Wall Clock for Dog Lover Westie
by Passion For Pets

**$29.99**
Only 3 left in stock - order soon

**Product Features**
Handmade *Wagging Tail Dog* Wall Clock Yellow Labrador
Home & Kitchen: See all 17 items



Wagging Tail Dog Wall Clock for Dog Lover Staffordshire Bull Terrier
by Passion For Pets

$29.99
Only 3 left in stock - order soon.

More Buying Choices
$26.99 new (2 offers)

Product Features
Handmade *Wagging Tail Dog* Wall Clock Yellow
Labrador

Home & Kitchen: See all 17 items



Wagging Tail Dog Wall Clock for Dog Lover Springer Spaniel
by Passion For Pets

$29.99
Only 2 left in stock - order soon.

More Buying Choices
$26.99 new (2 offers)

Product Features
Handmade *Wagging Tail Dog* Wall Clock Yellow
Labrador

Home & Kitchen: See all 17 items



Wagging Tail Dog Wall Clock for Dog Lover Schnauzer
by Passion For Pets

$29.99
Only 1 left in stock - order soon.

More Buying Choices
$26.99 new (2 offers)

Product Features
Handmade *Wagging Tail Dog* Wall Clock Yellow
Labrador

Home & Kitchen: See all 17 items



Wagging Tail Dog Wall Clock for Dog Lover Lhasa Apso
by Passion For Pets

$29.77
Only 1 left in stock - order soon.

More Buying Choices
$26.99 new (2 offers)

1

Product Features
Handmade *Wagging Tail Dog* Wall Clock Yellow
Labrador

Home & Kitchen: See all 17 items



Wagging Tail Dog Wall Clock for Dog Lover Cocker Spaniel
by Passion For Pets

$29.99
Only 1 left in stock - order soon.

More Buying Choices
$26.99 new (2 offers)

Product Features
Handmade *Wagging Tail Dog* Wall Clock Yellow
Labrador

Home & Kitchen: See all 17 items



Wagging Tail Dog Wall Clock for Dog Lovers French Bulldog
by Passion For Pets

$26.82
Only 1 left in stock - order soon.

FREE Shipping on eligible orders
Product Features
*Dog Lovers Gift Wall-Clock*

Home & Kitchen: See all 17 items



Wagging Tail Dog Wall Clock for Dog Lover Rottweiler
by Passion For Pets

$26.99
Only 8 left in stock - order soon.

More Buying Choices
$26.99 new (2 offers)

FREE Shipping on eligible orders
Product Features
Handmade *Wagging Tail Dog* Wall Clock Yellow
Labrador

Home & Kitchen: See all 17 items



**Wagging Tail Dog Wall Clock for Dog Lovers Sheltie**
by Passion For Pets

**$28.82**
Only 5 left in stock - order soon

FREE Shipping on eligible orders
**Product Features**
Dog Lovers Gift Wall-Clock
Home & Kitchen: See all 17 items



**Wagging Tail Dog Wall Clock for Dog Lovers German Shepherd**
by Passion For Pets

**$28.82**
Only 5 left in stock - order soon

FREE Shipping on eligible orders
**Product Features**
Dog Lovers Gift Wall-Clock
Home & Kitchen: See all 17 items

Previous Page     1  2     Next Page

Sponsored Links (What's this?)

1. **Wag.com Pet Supplies**          Wag.com - You Sit. We Fetch. Free 2-Day Delivery On Orders $49+!
                                     www.wag.com/Pet

2. **Dog Clocks**                    Dog Clocks & Other Great Dog Collectibles - Shop Now!
                                     www.bradfordexchange.com/

3. **Rover.com - Dog Walking**       Lower Cost With More Attention. Loving Trusted Dog Walkers Near You
                                     www.rover.com/

4. **Howard Miller Clock Sale**      @ Northville Watch and Clock Shop. Every Howard Miller Clock on Sale
                                     www.northvilleclock.com/

Ad feedback

Search Feedback
Did you find what you were looking for?
Yes | No

If you need help or have a question for Customer Service, please visit the Help Section.

Back to top

**Get to Know Us**
Careers
About Amazon
Investor Relations
Amazon Devices

**Make Money with Us**
Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Become an Amazon Vendor
> See all

**Amazon Payment Products**
Amazon.com Rewards Visa Card
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

Australia  Brazil  Canada  China  France  Germany  India  Italy  Japan  Mexico  Netherlands  Spain  United Kingdom

Amazon Drive
Unlimited Cloud Storage
From Amazon

6pm
Score deals
on fashion brands

AbeBooks
Rare Books
& Textbooks

ACX
Audiobook Publishing
Made Easy

Alexa
Actionable Analytics
for the Web

Amazon Business
Everything For
Your Business

| AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Free Digital Educational<br>Resources | Amazon Video Direct<br>Video Distribution<br>Made Easy | Amazon Web Services<br>Scalable Cloud<br>Computing Services |
| --- | --- | --- | --- | --- | --- |
| Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | Casa.com<br>Kitchen, Storage<br>& Everything Home | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy |
| Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities |
| Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Prime Now<br>FREE 2-Hour Delivery<br>on Everyday Items | Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials | TenMarks.com<br>Math Activities<br>for Kids & Schools |
| Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Whispercast<br>Discover & Distribute<br>Digital Content | Woot!<br>Deals and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2016, Amazon.com, Inc. or its affiliates

Passion For Pets ▾    wagging tail dog clock passion for pets

| Departments ▾ | Browsing History ▾ | autumn's Amazon.com | Today's Deals | Gift Cards & Registry | Hello, autumn Your Account ▾ | Prime ▾ | Lists ▾ | 0 Cart |

17-17 of 17 results for Passion For Pets "wagging tail dog clock passion for pets"      Sort by Relevance

**Show results for**

Home & Kitchen
   Wall Clocks

**Refine by**

Amazon Prime



**Wagging Tail Dog Wall Clock for Dog Lover Bichon**
by Passion For Pets

**$29.99**
Only 5 left in stock - order soon.

More Buying Choices
$26.99 new (2 offers)

**Product Features**
Handmade *Wagging Tail Dog* Wall Clock Yellow Labrador
Home & Kitchen: See all 17 items

Previous Page    1   2    Next Page

**Sponsored Links** (What's this?)

1. **Wag.com Pet Supplies** 🔲     Wag.com - You Sit. We Fetch. Free 2-Day Delivery On Orders $49+!
www.wag.com/Pet

2. **Dog Clocks** 🔲     Dog Clocks & Other Great Dog Collectibles - Shop Now!
www.bradfordexchange.com/

3. **Rover.com - Dog Walking** 🔲     Lower Cost With More Attention. Loving Trusted Dog Walkers Near You
www.rover.com/

4. **Dog Wall Clocks** 🔲     Complement Your Room's Décor With A Personalized Clock From Zazzle.
www.zazzle.com/

Ad feedback

**Search Feedback**
Did you find what you were looking for?
[ Yes ] [ No ]

If you need help or have a question for Customer Service, please visit the Help Section.

**Your Recently Viewed Items and Featured Recommendations**

Inspired by Your Browsing History



Costume Accessory: Home Detention House Arrest Ankle Bracelet
17
$19.95



Pro Wrestling Costume Boots
63
$58.49 - $59.99



Aqua Leisure Monterey Hammock Pool Float, One Size, Blue
31
$14.99



Swimways Spring Float Assortment
77
$29.49



Swimways Spring Float Papasan - Colors May Vary
289
$24.95



SwimWays Spring Float Recliner XL (Blue/Aqua)
282
$49.99



SwimWays The Original Spring Float (Blue/Aqua)
40
$35.44

https://www.amazon.com/s/ref=nb...

            

You viewed

View or edit your browsing history

Back to top

**Get to Know Us**
Careers
About Amazon
Investor Relations
Amazon Devices

**Make Money with Us**
Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Become an Amazon Vendor
› See all

**Amazon Payment Products**
Amazon.com Rewards Visa Card
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

| | | | | | |
|---|---|---|---|---|---|
| Amazon Drive<br>Unlimited Cloud Storage<br>From Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business |
| AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Free Digital Educational<br>Resources | Amazon Video Direct<br>Video Distribution<br>Made Easy | Amazon Web Services<br>Scalable Cloud<br>Computing Services |
| Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | Casa.com<br>Kitchen, Storage<br>& Everything Home | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy |
| Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities |
| Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Prime Now<br>FREE 2-Hour Delivery<br>on Everyday Items | Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials | TenMarks.com<br>Math Activities<br>for Kids & Schools |
| Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Whispercast<br>Discover & Distribute<br>Digital Content | Woot!<br>Deals and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2016, Amazon.com, Inc. or its affiliates



Home & Kitchen ▾

| Departments ▾ | Browsing History ▾ | autumn's Amazon.com | Today's Deals | Hello, autumn<br>Your Account ▾ | Prime ▾ | Lists ▾ | 0<br>Cart |

Home & Kitchen    Best Sellers    Shop by Room ▾    Bedding & Bath ▾    Home Décor ▾    Artwork ▾    Storage    Vacuums & Floor Care ▾    Heating & Cooling ▾

‹ Back to Passion For Pets store

ging Tail Dog Wall Clock for Dog
rs Beagle
ion For Pets
rst to review this item

26.62 & FREE Shipping

ot eligible for Amazon Prime.

left in stock.
ed Delivery Date: Aug. 16 - 19 when you choose
ed at checkout.
om and sold by MiniBearGems.

Clock
Lovers

rt incorrect product information.

**Off to College**
IN HOME AND KITCHEN    Shop now ›

Roll over image to zoom in

Share

Qty: 1 ▾

$26.62 + Free Shipping
Only 2 left in stock. Sold by
**MiniBearGems**

Add to Cart

Turn on 1-Click ordering for this browser

Ship to:
Autumn Gentry- Franklin - 37064

Add to List

Have one to sell?    Sell on Amazon

---

**Customers Also Shopped For**                                                                                 Page 1 of 3

Wagging Tail Dog Wall
Clock for Dog Lover Yorkie
1
$26.99

Wagging Tail Dog Wall
Clock for Dog Lover Jack
Russell
2
$26.99

Wagging Tail Dog Wall
Clock for Dog Lover
Chocolate Labrador
1
$26.99

Wagging Tail Dog Wall
Clock for Dog Lover Cocker
Spaniel
$26.99

Wagging Tail Dog Wall
Clock for Dog Lovers
French Bulldog
$26.62

W
C
S
$

**Sponsored Products Related To This Item** (What's this?)

    

| FOO FIGHTERS Vinyl Record Clock (Greatest Hits) | Hippih 10" Silent Non-ticking Wall Clock with Glass Cover Digital,Black | Oval Decorative Clock with Multi Colors New Design 17x28 Inches | Big Wall Clock Silent Wall Clock 12 inch battery powerd Clock with Temperatur & | Black & Silver Contemporary Design Metal Wall Clock - Handmade Decorative | Barn S |
| $39.99 | 190 | 13 | 1 | 10 | $29.75 |
| | $11.99 | $34.99 | $24.99 | $75.00 | |

Ad feedback

## Special Offers and Product Promotions

- Save 5% on each participating item when you spend $100.00 or more on Qualifying items offered by MiniBearGems. Here's how (restrictions apply)
- Save 20% on each participating item when you spend $25.00 or more on Qualifying items offered by MiniBearGems. Enter code 37QPCTJB at checkout. Here's how (restrictions apply)
- Your cost could be $0.00 instead of $26.62! Get a $70.00 gift card instantly upon approval for the Amazon.com Rewards Visa Card. Apply now.

## Product Description

World of Miniature was founded by the talented artist Theresa Yang in 1996. Becoming the highest volume manufacturer of miniature collectible plush bears and animals today with unique attention to detail.

## Product Information

| Shipping Information | View shipping rates and policies | **Warranty & Support** |
|---|---|---|
| Manufacturer | Passion For Pets | Product Warranty: For warranty information about this product, please click here |
| ASIN | B01G4HH6RC | **Feedback** |
| Customer Reviews | Be the first to review this item 0.0 out of 5 stars | Would you like to give feedback on images? Would you like to tell us about a lower price? |
| Best Sellers Rank | #670,294 in Home and Kitchen (See Top 100 in Home and Kitchen) #3,198 in Home & Kitchen > Home Décor > Clocks > Wall Clocks | |

## Customers Viewing This Page May Be Interested In These Sponsored Links (What's this?)

1. **Pet Lovers Wall Clock**   • 1000s of Fun Animal Themed Designs. Shop Pet Lovers Wall Clock Now!    www.cafepress.com/

2. **Dog Wall Clocks**   - A Whimsical Collection of Wagging Tail Dog Wall Clocks - Made In USA    www.kensingtonrowcollection.com

Ad feedback

## Customer Questions & Answers

See questions and answers

# EXHIBIT B

Acceder (http://movitek.cl/customer/account/login/) / Registrarse (http://movitek.cl/customer/account/create/)
Account

Moneda:  peso chileno

**movitek** (http://movitek.cl/) 🔍    search entire store here...    🛒
import                                                          (http://movi

### ☰ MENU    ↓

Inicio (http://movitek.cl/) → Toys & Games (http://movitek.cl/toys-games.html) → **Wagging Tail Dog Wall Clock for Dog Lover**
Dolls & Accessories (http://movitek.cl/toys-games/dolls-accessories.html) → **Golden Retriever**
Dolls (http://movitek.cl/toys-games/dolls-accessories/dolls.html) →





(http://movitek.cl/media/catalog/product/cache/1/image/9df78eab33525d08d6e5fb8d27136e95/w/a/wagging-
tail-dog-wall-clock-for-dog-lover-golden-r-
710383377fd92d554b97f033dea1a2e2.jpg)

# WAGGING TAIL DOG WALL CLOCK FOR DOG LOVER GOLDEN RETRIEVER

Disponibilidad: **Fuera de existencia**

### BUSCAR PRECIO EN CHILE

♥    (http://movitek.cl/wishlist/index/add/product/773349/form_ke

⬒
(http://movitek.cl/catalog/product_compare/add/product/773349/ue
y/comparado

(http://movitek.cl/catalog/product_compare/add/product/773349/ue

Sea el primero en opinar sobre este producto

**Descripción**

## DETALLES

World of Miniature was founded by the talented artist Theresa Yang in 1996. Becoming the highest volume manufacturer of
miniature collectible plush bears and animals today with unique attention to detail.

## INFORMACIÓN ADICIONAL

| Condicion | Nuevo |
|---|---|
| País de Origen | Estados Unidos |

| Manufactura | Passion For Pets |
|---|---|
| Nombre | Cola que menea del perro del reloj de pared para la del amante del perro perdiguero de oro |
| Detalles | Mundial de miniatura fue fundada por el talentoso artista Teresa Yang en 1995. Convirtiéndose en el fabricante con mayor volumen de los osos de peluche de colección en miniatura y animales hoy con atención única al detalle. |

## INFORMACION

Acerca de Movitek.cl
(http://movitek.cl/acerca-de-movitek-about-us)

Preguntas y respuestas
frecuentes
(http://movitek.cl/faq)

Productos de Importación
(http://movitek.cl/productos-de-importacion)

Privacidad
(http://movitek.cl/privacidad)

## SERVICIO AL CLIENTE

Contáctenos
(http://movitek.cl/contacts)

Formas de Pago & Envío
(http://movitek.cl/formas-de-pago-y-envio)

Garantía de Servicio
(http://movitek.cl/garantia-de-servicio)

Devoluciones
(http://movitek.cl/devoluciones)

## MI CUENTA

Opciones de Mi cuenta
(http://movitek.cl/customer/account ✉)

Mis Pedidos y Cotizaciones
(http://movitek.cl/sales/order/history)

Mi Lista de Deseos
(http://movitek.cl/wishlist)

Newsletter
(http://movitek.cl/newsletter)

## NEWSLETTER SIGNUP

f (https://www.facebook.com/movitek.cl) 🕊 in 𝓅 g+
(https://plus.google.com/+MovitekClimport)

© 2007-2015 Movitek.cl - Av. Kennedy 9070 Suite 201, Santiago de Chile