UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DINA CAPITANI, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )    NO. 3:19-cv-00120 |
| | ) |
| WORLD OF MINIATURE BEARS, INC., et al., | ) |
| | ) |
|    Defendants. | ) |

## ORDER

Plaintiff's Motion for Extension of Time to File Motion for Attorney's Fees, Costs, Expenses, and Prejudgment Interest (Doc. No. 124), which is unopposed, is **GRANTED.** Plaintiff shall file her motion on or before **September 2, 2021.** The parties shall meet and confer to attempt to reach agreement on attorney's fees, costs, expenses and prejudgment interest in total or in part.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE