UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DINA CAPITANI ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 3:19-cv-00120 |
| ) | |
| WORLD OF MINIATURE BEARS, INC., ) | |
| and MINIBEARSGEMS & GIFTS, INC., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT WORLD OF MINIATURE BEARS, INC.'S
MOTION FOR ATTORNEY'S FEES**

COMES NOW, Defendant World of Miniature Bears, Inc., by and through counsel, and moves for attorneys fees to the prevailing party pursuant to 17 U.S.C. §505 after the Court entered judgment in their favor on August 2, 2021. (Doc. 122) World of Miniature Bears, Inc. never sold any products with dog images. World of Miniature Bears, Inc. is a wholesale distributor of artisan handmade bears. This motion is supported by the attached memorandum and affidavit of John Beam.

    Respectfully submitted,

    /s/ Desireé J.C. Goff
    John A. Beam, III (BPR #11796)
    Desireé J.C. Goff (BPR # 31136)
    Equitus Law Alliance, PLLC
    709 Taylor Street
    P.O. Box 280240
    Nashville, Tennessee 37228
    Telephone:    (615) 251-3131

1

Facsimile: (615) 252-6404
Attorneys for Defendant World of Miniature Bears, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2021, I electronically filed Defendant World of Miniature Bears, Inc.'s Motion for Attorney's Fees with the Clerk of this Court using the CM/ECF system which will automatically send email notification of such filing to the following parties who are CM/ECF participants:

Autumn L. Gentry, Esq.
Dickinson Wright, PLLC
424 Church Street, Suite 800
Nashville, Tennessee 37219
Attorney for Plaintiff Capitani

    /s/ Desireé Goff
Desireé Goff

2

Case 3:19-cv-00120   Document 128   Filed 08/31/21   Page 2 of 2 PageID #: 2316