**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **DINA CAPITANI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | No. 3:19-cv-00120 |
| | ) | |
| **WORLD OF MINIATURE BEARS,** | ) | |
| **INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Before the Court is a Report and Recommendation ("R&R") (Doc. No. 149) recommending the Court grant in part and deny in part Capitani's Motion for Attorneys' Fees and Costs (Doc. No. 134). No timely objections have been field.

The failure to "timely object to a report and recommendation releases the Court from its duty to independently review the matter." Lawhorn v. Buy Buy Baby, Inc., No. 3:20-cv-00201, 2021 WL 1063075, at *1 (M.D. Tenn. Mar. 19, 2021); see also Thomas v. Arn, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings.").

Regardless, the Court thoroughly reviewed the R&R and agrees with its recommended disposition. Accordingly, the R&R is **APPROVED AND ADOPTED**; Capitani's Motion for Attorneys' Fees and Costs (Doc. No. 134) is **GRANTED IN PART** and **DENIED IN PART**. Capitani shall be awarded attorney's fees and costs in the amount of $164,801.66.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE